**Marvellous A. GREENE, Sr., Plaintiff–Appellant,**

v.

**Cheryl PLILER; et al., Defendants–Appellees.**

No. 07–15325.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed April 7, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Marvellous A. Greene, Sr., Represa, CA, pro se.

Kelli Marie Hammond Fax, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

California state prisoner Marvellous A. Greene, Sr. appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action because Greene did not properly exhaust administrative remedies before submitting his complaint to federal court. *See McKinney v. Carey,* 311 F.3d 1198, 1200–01 (9th Cir.2002) (per curiam) (requiring inmates to exhaust administrative procedures before filing suit in federal court); *see also Vaden v. Summerhill,* 449 F.3d 1047, 1050 (9th Cir.2006) (holding that an action is brought for purposes of § 1997e(a) when the prisoner submits his complaint to the court). The remainder of

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Greene's contentions on appeal are unpersuasive.

**AFFIRMED.**